# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MONIQUE BRINK, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>SYSINFORMATION HEALTHCARE SERVICES, LLC d/b/a EQUALIZERCM AND 1ST CREDENTIALING,<br><br>　　Defendant. | § § § § § § § § § § § § | Case No.: 1:24-CV-00501 |
| GRANT JOHNSON, individually and on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br>v.<br><br>SYSINFORMATION HEALTHCARE SERVICES, LLC d/b/a EQUALIZERCM AND 1ST CREDENTIALING,<br><br>　　Defendant. | § § § § § § § § § § § § § | Case No.: 1:24-CV-00623 |
| FAYE MCMILLEN, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>SYSINFORMATION HEALTHCARE SERVICES, LLC d/b/a EQUALIZERCM,<br><br>　　Defendant. | § § § § § § § § § § § § | Case No.: 1:24-CV-00819 |

# ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS, APPOINT INTERIM CLASS COUNSEL, AND SET SCHEDULE

This matter comes before the Court on *Plaintiffs' Joint Motion To Consolidate Related Actions, Appoint Interim Class Counsel, And Set Schedule.* The Court being fully advised and for good cause shown, the Motion is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

## Consolidation of Related Actions

1. Case No. 1:24-CV-00501 which shall hereinafter be the LEAD Consolidated Action. The Clerk is DIRECTED to close the remaining MEMBER actions.

| | |
|---|---|
| 1:24-cv-00623 | *Johnson v. SysInformation Healthcare Services, LLC d/b/a EqualizerCM and 1st Credentialing* |
| 1:24-cv-00819 | *McMillen v. SysInformation Healthcare Services, LLC d/b/a EqualizerCM* |

2. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application. Nothing in the forgoing shall be construed as a waiver of Defendant's right to object to consolidation of any subsequently-filed or transferred related action.

## Appointment of Leadership

3. The Court appoints **Gary M. Klinger** of Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg") as Interim Class Counsel for all Plaintiffs. In addition, the Court

appoints **Bruce W. Steckler** of Steckler Wayne & Love PLLC as Texas Local Counsel. Interim Class Counsel must assume responsibility for the following duties during all phases of this litigation:

a) Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

b) Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

c) Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

d) Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e) Serving as the primary contact for all communications between Plaintiffs and Defendants, and acting as spokespersons for all Plaintiffs vis-à-vis Defendants and the Court;

f) Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g) Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

h) Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i) Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including settlement;

j) Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

k) Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l) Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

m) Encouraging and enforcing efficiency among all Plaintiffs' counsel;

n) Assessing Plaintiffs' counsel for the costs of the litigation;

    o) Preparing and distributing periodic status reports to the Court and to the parties as ordered;

    p) Developing and recommending for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitoring and administering such procedures. At such time as may be appropriate, Class Counsel also will recommend apportionment and allocation of fees and expenses subject to Court approval; and,

    q) Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

4. Any discussions of a settlement of this litigation shall be conducted by Interim Class Counsel and any counsel designated by Interim Class Counsel.

5. This Order applies to all actions included in the above-captioned consolidated matters and all subsequently consolidated actions.

6. Interim Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each related action not yet consolidated in this proceeding to the extent that Interim Class Counsel is aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for CM/ECF.

**Setting of Schedule**

7. Plaintiffs shall file a consolidated complaint no later than 45 days following this Order;

8. Defendant shall have 45 days from the filing of the consolidated amended

complaint to file a motion to dismiss or otherwise respond thereto, Plaintiffs shall have 30 days thereafter to file their opposition, and Defendant shall have 21 days thereafter to file a reply in support.

**SIGNED** this 3rd day of September, 2024.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE