UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Monique Brink, on behalf of herself and all others similarly situated,<br>    *Plaintiff*<br><br>v.<br><br>SysInformation Healthcare Services, LLC, d/b/a EqualizeRCM and 1st Credentialing Services,<br>    *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:24-CV-00501-ADA |

**ORDER**

**IT IS HEREBY ORDERED** that the Final Approval Hearing, which is currently set for September 8, 2025, is **RESET** to September 12, 2025, at 9:30 AM. The hearing will be conducted via Zoom. The Court will send the Zoom information to the parties before the hearing.

**SIGNED** on August 7, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE