IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MONIQUE BRINK, et al, on behalf of herself and all others similarly situated, | § | Civil No. 1:24-cv-00501-ADA |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | |
| | § | |
| SYSINFORMATION HEALTHCARE SERVICES, LLC d/b/a EQUALIZERCM and1st CREDENTIALING SERVICES, | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

BE IT REMEMBERED on the 16th day of September 2025, the Court entered a Final Approval Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Award, (Dkt. 22). The Clerk of Court being directed to enter final judgment in that order enters the following:

Pursuant to Federal Rule of Civil Procedure 58, final judgment is hereby **ENTERED.**

The case is now **CLOSED**.

**SIGNED** on September 16, 2025.

PHILIP J. DEVLIN,
CLERK OF THE COURT

BY: Christian Rodriguez
CHRISTIAN RODRIGUEZ
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS